UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN A. FITZMAURICE,

    Plaintiff,

v.

CHRISTINE GILBERT, KEVIN BAME, BRETT PATTON, SOUTHERN ILLINOIS UNIVERSITY CARBONDALE, PHILLIP DAVID STEWART, LINDA MCCABE SMITH, COREY S. BRADFORD, RITA HARTUNG CHENG and PHILLIP GATTON,

    Defendants.

Case No. 11-cv-430-JPG-SCW

## JUDGMENT

This matter having come before the Court, and the Court having dismissed this action for lack of jurisdiction,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for lack of jurisdiction.

**NANCY J. ROSENSTENGEL, Clerk of Court**

DATED: January 9, 2012        <u>s/ Jina Hoyt, Deputy Clerk</u>

Approved: <u>s/ J. Phil Gilbert</u>
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**